```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED:  12/29/2022              │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

SANTOS, et al.,

       Plaintiff(s),      **<u>ORDER</u>**

   - against -        20 Civ. 6706 (NSR)

METRO PORTFOLIOS, INC. et al.,

       Defendant(s),

--------------------------------------------------------------X

Román, D.J.:

   On November 15, 2022 having been advised that the claims asserted herein had been settled in principle, the Court issued an Order discontinuing the case subject to reopening should the settlement not be consummated within forty-five (45) days.  (*See* ECF No. 135.)  On December 28, 2022, the parties filed a letter requesting an extension on their deadline to consummate a settlement. (*See* ECF No.136.)

   Accordingly, the Court will GRANT the extension to January 30, 2023, as jointly requested, for the parties to consummate a settlement.  The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court on or before January 30, 2023, with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:  White Plains, New York
     December 29, 2022

                   Nelson S. Román, U.S.D.J.