USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/28/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NANCY SANTOS and PAUL JAQUEZ, *on behalf of themselves and all others similarly situated,*

    *Plaintiffs,*

v.

METRO PORTFOLIOS, INC., SELIP & STYLIANOU, LLP, DAVID COHEN, ESQ., MIDLAND FUNDING LLC d/b/a MIDLAND FUNDING OF DELAWARE LLC, ENCORE CAPITAL GROUP, INC., and MIDLAND CREDIT MANAGEMENT, INC.,

    *Defendants.*

Case No.: 7:20-cv-06706-NSR-AEK

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    The undersigned, counsel for Plaintiffs and Metro Portfolios, Inc., Selip & Stylianou, LLP, David Cohen, Esq., Midland Funding LLC d/b/a Midland Funding of Delaware LLC, Encore Capital Group, Inc. and Midland Credit Management, Inc. (collectively, "Defendants"), hereby stipulate and agree as follows:

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement between the parties, Plaintiffs dismiss this action with prejudice and without costs as against all Defendants. The parties shall bear their own costs and fees, including attorneys' fees. Nothing herein shall be deemed to limit, expand or in any way alter the rights of any party pursuant to the settlement agreement.

March 14, 2023

**MOREIRA SAYLES RAMIREZ LLC**

*/s/ Andrew C. Sayles*

Andrew C. Sayles
712 Kearny Ave.
Kearny, New Jersey 07032
T: 201-991-9001
F: 201-991-5449

E: asayles@msr-legal.com
*Attorneys for Defendants Metro Portfolios, Inc. Selip & Stylianou, LLP and David Cohen, Esq.*

**HINSHAW & CULBERTSON LLP**

Han Sheng Beh
Samantha R. Millar
800 Third Avenue, 13th Floor
New York, NY 10022
T: 212-471-6200
F: 212-935-1166
E: hbeh@hinshawlaw.com
    smillar@hinshawlaw.com

*Counsel for Defendants Midland Funding, LLC d/b/a Midland Funding of Delaware, LLC, Encore Capital Group, Inc., and Midland Credit Management Inc.*

**SCHLANGER LAW GROUP, LLP**

Daniel A. Schlanger
80 Broad Street, Suite 1301
New York, NY 10004
T: 212-500-6114
F: 646-612-7996
E: dschlanger@consumerprotection.net

Jason Mays
Hudson Valley Justice Center
19 Court Street, Suite 400
White Plains, NY 10601
T: 914-308-3490
F: 914-288-5553
E: JMays@HVJC.ORG

*Counsel for Plaintiffs*

2

| | |
|---|---|
| MOREIRA SAYLES RAMIREZ LLC | SCHLANGER LAW GROUP, LLP |
| _____ | _/s/ Daniel A. Schlanger_____ |
| Andrew C. Sayles | Daniel A. Schlanger |
| 712 Kearny Ave. | 80 Broad Street, Suite 1301 |
| Kearny, New Jersey 07032 | New York, NY 10004 |
| T: 201-991-9001 | T: 212-500-6114 |
| F: 201-991-5449 | F: 646-612-7996 |
| | E: dschlanger@consumerprotection.net |
| E: asayles@msr-legal.com | |
| *Attorneys for Defendants Metro Portfolios, Inc.* | Jason Mays |
| *Selip & Stylianou, LLP and David Cohen, Esq.* | Hudson Valley Justice Center |
| | 19 Court Street, Suite 400 |
| HINSHAW & CULBERTSON LLP | White Plains, NY 10601 |
| | T: 914-308-3490 |
| _____ | F: 914-288-5553 |
| Han Sheng Beh | E: JMays@HVJC.ORG |
| Samantha R. Millar | |
| 800 Third Avenue, 13th Floor | *Counsel for Plaintiffs* |
| New York, NY 10022 | |
| T: 212-471-6200 | |
| F: 212-935-1166 | |
| E: hbeh@hinshawlaw.com | |
| smillar@hinshawlaw.com | |

*Counsel for Defendants Midland Funding, LLC d/b/a Midland Funding of Delaware, LLC, Encore Capital Group, Inc., and Midland Credit Management Inc.*

Dated: March 28, 2023
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2

1039015\312524536.v1